# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: GLASS RECYCLING & GRINDING USA, LLC | § | Case No. 12-83611 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $152.00            Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,393.53            Claims Discharged
Without Payment: $699.44

Total Expenses of Administration: $25,153.64

3) Total gross receipts of $       75,311.75     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      4,764.58   (see **Exhibit 2**), yielded net receipts of  $70,547.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $52,016.60 | $41,892.65 | $41,892.65 | $41,892.65 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,153.64 | 25,153.64 | 25,153.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,917.58 | 5,997.01 | 3,500.88 | 3,500.88 |
| **TOTAL DISBURSEMENTS** | $53,934.18 | $73,043.30 | $70,547.17 | $70,547.17 |

4)  This case was originally filed under Chapter 7 on September 24, 2012. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2014          By: /s/STEPHEN G. BALSLEY
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent to landlords, G&E Entities | 1122-000 | -2,200.00 |
| State Bank of Davis Checking Account accounts, c | 1129-000 | 16,711.80 |
| Accounts Receivable Novetas Solutions LLC | 1129-000 | 2,030.00 |
| Shappert Equipment (See attached) | 1129-000 | 58,769.95 |
| **TOTAL GROSS RECEIPTS** | | **$75,311.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GLASS RECYCLING & GRINDING USA, LLC | Dividend paid 100.00% on $4,764.58; Claim# SURPLUS; Filed: $4,764.58; Reference: 8200-002 | | 4,764.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,764.58** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Bank | 4110-000 | 52,016.60 | N/A | N/A | 0.00 |
| | JP Morgan Chase Bank, N.A. | 4210-000 | N/A | 41,892.65 | 41,892.65 | 41,892.65 |
| **TOTAL SECURED CLAIMS** | | | **$52,016.60** | **$41,892.65** | **$41,892.65** | **$41,892.65** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 6,777.36 | 6,777.36 | 6,777.36 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 8,001.00 | 8,001.00 | 8,001.00 |
| Karl K. Barnes & Assoc., P.C. | 3310-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.94 | 26.94 | 26.94 |
| Rabobank, N.A. | 2600-000 | N/A | 24.77 | 24.77 | 24.77 |
| Rabobank, N.A. | 2600-000 | N/A | 29.56 | 29.56 | 29.56 |
| Rabobank, N.A. | 2600-000 | N/A | 25.04 | 25.04 | 25.04 |
| Rabobank, N.A. | 2600-000 | N/A | 25.90 | 25.90 | 25.90 |
| Material Management Xperts | 2420-000 | N/A | 2,768.00 | 2,768.00 | 2,768.00 |
| Rabobank, N.A. | 2600-000 | N/A | 25.23 | 25.23 | 25.23 |
| Rabobank, N.A. | 2600-000 | N/A | 23.50 | 23.50 | 23.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 22.14 | 22.14 | 22.14 |
| Rabobank, N.A. | 2600-000 | N/A | 21.17 | 21.17 | 21.17 |
| Trustee Bernard J. Natale | 3610-000 | N/A | 5,989.30 | 5,989.30 | 5,989.30 |
| Rabobank, N.A. | 2600-000 | N/A | 56.44 | 56.44 | 56.44 |
| Rabobank, N.A. | 2600-000 | N/A | 87.29 | 87.29 | 87.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$25,153.64** | **$25,153.64** | **$25,153.64** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CASHCALL, INC. | 7100-000 | N/A | 2,496.13 | 0.00 | 0.00 |
| 2 | Danley Trucking | 7200-000 | 1,218.14 | 3,493.85 | 3,493.85 | 3,493.85 |
| 2I | Danley Trucking | 7990-000 | N/A | 7.03 | 7.03 | 7.03 |
| NOTFILED | Rick Tritt Inc. | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 289.44 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,917.58 | $5,997.01 | $3,500.88 | $3,500.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-83611 | **Trustee:** (330410) STEPHEN G. BALSLEY |
| **Case Name:** GLASS RECYCLING & GRINDING USA, LLC | **Filed (f) or Converted (c):** 09/24/12 (f) |
| | **§341(a) Meeting Date:** 10/29/12 |
| **Period Ending:** 04/22/14 | **Claims Bar Date:** 02/13/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | State Bank of Davis Checking Account accounts, c | 16,744.69 | 16,744.69 | | 16,711.80 | FA |
| 2 | Accounts Receivable Novetas Solutions LLC | 22,998.50 | 22,998.50 | | 2,030.00 | FA |
| 3 | Accounts Receivable Precision Recycling LLC | 152.00 | 152.00 | | 0.00 | FA |
| 4 | Shappert Equipment (See attached)<br>See Order Approving Report of Sale entered July 17, 2013. | 53,000.00 | 983.40 | | 58,769.95 | FA |
| **4** | **Assets**    **Totals** (Excluding unknown values) | **$92,895.19** | **$40,878.59** | | **$77,511.75** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):        September 18, 2013        Current Projected Date Of Final Report (TFR):        September 18, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-83611 |
| Case Name: | GLASS RECYCLING & GRINDING USA, LLC |
| Taxpayer ID #: | **-***3880 |
| Period Ending: | 04/22/14 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******64-66 - Checking Account |
| Blanket Bond: | $736,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | {2} | Novetas Solutions | Account Receivable Payment | 1129-000 | 750.00 | | 750.00 |
| 10/31/12 | {2} | Novetas Solutions | Account Receivable Payment | 1129-000 | 750.00 | | 1,500.00 |
| 11/08/12 | {1} | State Bank of Davis | Bank account proceeds | 1129-000 | 16,711.80 | | 18,211.80 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.94 | 18,184.86 |
| 12/10/12 | {2} | Novetas Solutions | Account Receivable Payment | 1129-000 | 530.00 | | 18,714.86 |
| 12/18/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033041088<br>20121218 | 9999-000 | | 18,714.86 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **18,741.80** | **18,741.80** | **$0.00** |
| Less: Bank Transfers | 0.00 | 18,714.86 |
| **Subtotal** | **18,741.80** | **26.94** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$18,741.80** | **$26.94** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-83611 | |
| **Case Name:** | GLASS RECYCLING & GRINDING USA, LLC | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3966 - Checking Account |
| **Blanket Bond:** | $736,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| | |
|---|---|
| **Taxpayer ID #:** | **-***3880 |
| **Period Ending:** | 04/22/14 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,714.86 | | 18,714.86 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.77 | 18,690.09 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.56 | 18,660.53 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.04 | 18,635.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.90 | 18,609.59 |
| 04/01/13 | 10101 | Material Management Xperts | Service Invoice - Dismantle and transport; Your Invoice #0003254-IN | 2420-000 | | 2,768.00 | 15,841.59 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.23 | 15,816.36 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.50 | 15,792.86 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83611 | 2300-000 | | 22.14 | 15,770.72 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.17 | 15,749.55 |
| 07/15/13 | | Trustee Bernard J. Natale | Proceeds from auction sale [8%] of the property of three (3) bankruptcy estates on May 16, 2013 | | 50,580.65 | | 66,330.20 |
| | {4} | | Gross Sale Proceeds        58,769.95 | 1129-000 | | | 66,330.20 |
| | | | Commission and        -5,989.30 Expenses to Auctioneer | 3610-000 | | | 66,330.20 |
| | | | Rent to landlords, G&E        -2,200.00 Entities | 1122-000 | | | 66,330.20 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.44 | 66,273.76 |
| 08/13/13 | 10103 | JP Morgan Chase Bank, N.A. | Satisfaction of security interest pursuant to Order to Compromise Controversy entered August 5, 2013 | 4210-000 | | 41,892.65 | 24,381.11 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.29 | 24,293.82 |
| 11/13/13 | 10104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $8,001.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,001.00 | 16,292.82 |
| 11/13/13 | 10105 | Karl K. Barnes & Assoc., P.C. | Dividend paid 100.00% on $1,250.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,250.00 | 15,042.82 |
| 11/13/13 | 10106 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $6,777.36, Trustee Compensation;  Reference: | 2100-000 | | 6,777.36 | 8,265.46 |
| 11/13/13 | 10107 | Danley Trucking | Dividend paid 100.00% on $3,493.85; Claim# 2; Filed: $3,493.85; Reference: | 7200-000 | | 3,493.85 | 4,771.61 |
| 11/13/13 | 10108 | Danley Trucking | Dividend paid 100.00% on $7.03; Claim# 2I; Filed: $7.03; Reference: | 7990-000 | | 7.03 | 4,764.58 |
| | | | Subtotals : | | $69,295.51 | $64,530.93 | |

{} Asset reference(s)

Printed: 04/22/2014 04:23 PM    V.13.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-83611 |
| Case Name: | GLASS RECYCLING & GRINDING USA, LLC |
| Taxpayer ID #: | **-***3880 |
| Period Ending: | 04/22/14 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3966 - Checking Account |
| Blanket Bond: | $736,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/13 | 10109 | GLASS RECYCLING & GRINDING USA, LLC | Dividend paid 100.00% on $4,764.58; Claim# SURPLUS; Filed: $4,764.58; Reference: | 8200-002 | | 4,764.58 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 69,295.51 | 69,295.51 | $0.00 |
| Less: Bank Transfers | 18,714.86 | 0.00 | |
| Subtotal | 50,580.65 | 69,295.51 | |
| Less: Payments to Debtors | | 4,764.58 | |
| NET Receipts / Disbursements | $50,580.65 | $64,530.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******64-66 | 18,741.80 | 26.94 | 0.00 |
| Checking # ******3966 | 50,580.65 | 64,530.93 | 0.00 |
| | $69,322.45 | $64,557.87 | $0.00 |